# United States Court of Appeals
### For the Eighth Circuit

_____

No. 24-3330
_____

United States of America

*Plaintiff - Appellee*

v.

Jetavon Spivey

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Arkansas - El Dorado

_____

Submitted: April 23, 2025
Filed: April 30, 2025
[Unpublished]

_____

Before GRUENDER, KELLY, and KOBES, Circuit Judges.

_____

PER CURIAM.

Jetavon Spivey appeals after the district court[1] denied his motion seeking compassionate release.  His counsel has moved for leave to withdraw, and has filed a brief challenging the denial.  Upon careful review, we conclude the district court correctly found that Spivey was ineligible for relief.  *See United States v. Rodd*, 966 F.3d 740, 746 (8th Cir. 2020) (reviewing defendant's eligibility for a sentence reduction de novo).

Accordingly, we affirm the judgment of the district court and grant counsel permission to withdraw.

———————————————————

[1] The Honorable Susan O. Hickey, Chief Judge, United States District Court for the Western District of Arkansas, adopting the report and recommendations of the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.